Argued and submitted January 7, affirmed July 27, 1994

In the Matter of
Mayes, Andre, a Minor Child.

STATE ex rel JUVENILE DEPARTMENT
OF MULTNOMAH COUNTY,
*Respondent,*

*v.*

Andre MAYES,
*Appellant.*

(9107-82364; CA A76468)

877 P2d 1237

Kelly M. Doyle argued the cause for appellant. On the brief was Patrick A. Butler.

Janet A. Klapstein, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

David K. Allen, Deputy Public Defender, filed a brief *amicus curiae* for the American Civil Liberties Union Foundation of Oregon, Inc.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Affirmed. *State ex rel Juv. Dept. v. Orozco*, 129 Or App 148, 878 P2d 432 (1994).